SUSAN LATHAM, Appellant, *v.* HARRIET BOVEE et al., Respondents.

(Argued April 14, 1882; decided April 25, 1882.)

*Edwin H. Risley* for appellant.

*E. D. Matthews* for respondents.

Agree to affirm. No opinion.
All concur, except RAPALLO, J., absent, and TRACY, J., not voting.
Judgment affirmed.

---

ERNEST L. DERAISMES et al., Respondents, *v.* MARTHA E. DERAISMES et al., as Trustees, etc., Appellants.

(Argued March 20, 1882; decided May 2, 1882.)

*Charles A. Jackson* for appellants.

*William H. Onderdonk* for respondents.

Agree to affirm without opinion.
All concur, except ANDREWS, Ch. J., absent.
Order affirmed.

---

ELMINA COFFIN, as Administratrix, etc., Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE & HUDSON CANAL COMPANY, Appellant.

(Argued April 18, 1882; decided May 2, 1882.)

*Nathaniel C. Moak* for appellant.

*E. Countryman* for respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.